# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00567-CV

**Donna McNally, Individually, and as Trustee of the John A. Riley Trust, Appellant**

**v.**

**Peter Riley, as Temporary Guardian of
The Estate Pending Contest of John A. Riley, Appellee**

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-24-000654, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Donna McNally, Individually, and as Trustee of the John A. Riley Trust has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: October 22, 2024